IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR186 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOE PAUL SHULTZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [83]. The parties are working toward a resolution of this matter. Counsel needs additional time to conduct plea negotiations and explore of how comparable fentanyl cases are being resolved in other districts and geographic regions. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [83] is granted, as follows:

1. The jury trial now set for October 16, 2023, is continued to **December 18, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 18, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  October 10, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**